# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION ) | |
| OF THE UNITED STATES OF AMERICA FOR ) | **ORDER** |
| A SEARCH WARRANT FOR INFORMATION ) | |
| ASSOCIATED WITH CERTAIN CELLULAR ) | Case No. 1:22-mj-069 |
| TELEPHONES ) | |

**IT IS ORDERED:**

This matter shall remain under seal until April 5, 2024, at which time this matter shall be unsealed without further order of the court.

Dated this 2nd day of February, 2024.

                                       */s/ Clare R. Hochhalter*
                                       Clare R. Hochhalter, Magistrate Judge
                                       United States District Court